## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RONALD D. BRADDOCK, Co-Personal Representative of the estate of Dale L. Braddock, and CHARLES W. PETERSON, Co-Personal Representative of the estate of Dale L. Braddock, | ) ) ) ) ) ) ) | CASE NO. 8:11CV402 |
| | ) | ORDER |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| JENSEN FARMS, a trade name, FRONTERA PRODUCE, LTD., PRIMUS GROUP, INC., d/b/a PrimusLabs, and DILLON COMPANIES, INC., d/b/a Baker's Supermarket, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the Court on the Plaintiffs' Notice of Voluntary Dismissal Without Prejudice of Defendant Primus Group, Inc. (Filing No. 52). The notice complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(i), and the Court concludes that it should be approved. Defendant Jensen Farms has filed cross-claims against Defendant Primus Group, Inc. and Defendant Frontera Produce, Ltd. (Filing No. 21.) Accordingly,

IT IS ORDERED:

1.  The Plaintiffs' Notice of Voluntary Dismissal Without Prejudice of Defendant Primus Group, Inc. (Filing No. 52). is approved;

2.  The claims asserted by the Plaintiffs against Defendant Primus Group, Inc., are dismissed, without prejudice;

3.  The Motion to Dismiss (Filing No. 41) filed by Defendant Primus Group, Inc., is denied as moot; and

4.      Defendant Primus Group, Inc., shall remain a party to this action and will respond to the claims asserted against it by Defendant Jensen Farms.

Dated this 18th day of April, 2012.

BY THE COURT:


s/Laurie Smith Camp
Chief United States District Judge