IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **RONALD D. BRADDOCK,** Co-Personal Representative of the estate of Dale L. Braddock, and **CHARLES W. PETERSON,** Co-Personal Representative of the estate of Dale L. Braddock,<br><br>    **Plaintiffs,**<br><br>    v.<br><br>**JENSEN FARMS,** a trade name, **FRONTERA PRODUCE, LTD., PRIMUS GROUP, INC.,** d/b/a PrimusLabs, and **DILLON COMPANIES, INC.,** d/b/a Baker's Supermarket,<br><br>    **Defendants.** | CASE NO. 8:11CV402<br><br><br><br><br><br>ORDER |

This matter is before the Court on the Plaintiffs' Notice of Bankruptcy Stay (Filing No. 69) filed by Defendant Jensen Farms. Jensen Farms has attached to the Notice a copy of the chapter 11 bankruptcy petition that it filed on May 25, 2012, with the United States Bankruptcy Court for the District of Colorado. (Filing NO. 69-1.) Pursuant to NEGenR 1.5(a)[1] and 28 U.S.C. § 157, this matter will be referred to the United States

---

[1] *See* NEGenR 1.5(a):

Upon the filing of a suggestion in bankruptcy, or other notification that a party to a civil case is a debtor in bankruptcy, the entire case is referred to the bankruptcy court for further action. Under this rule, the matter is referred to the bankruptcy court even if the suggestion of bankruptcy states the bankruptcy proceeding was initiated in another district. The bankruptcy judge requests status reports from the parties. After reviewing the status reports, the bankruptcy judge determines whether the case should proceed in the bankruptcy court of be returned to the district court. If the case is to be returned to the district court, the bankruptcy judge files a report and recommendation concerning withdrawal of the reference. The report includes a recommendation regarding the necessity of the debtor's participation in the case, and, if appropriate, the bankruptcy judge enters an order in the bankruptcy case granting relief from the automatic stay to allow the case to proceed with the debtor as a party.

Bankruptcy Court for the District of Nebraska, and pursuant to NECivR. 7.6,[2] all motions pending as of this date will be dismissed, without prejudice to refiling.

Accordingly,

IT IS ORDERED:

1. This case is referred to the United States Bankruptcy Court for the District of Nebraska;

2. All motions pending as of this date are denied without prejudice to refiling;

3. This case shall be terminated for statistical purposes by the Clerk of the Court for the District of Nebraska; and

4. The Clerk of the Court for the District of Nebraska shall transmit the court files to the Clerk of the Bankruptcy Court for the District of Nebraska..

Dated this 4th day of June, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge

---

[2] "When a district judge refers a case with pending motions to . . . the bankruptcy court, the clerk is authorized to enter a text-only order (a) automatically denying all pending motions as of the date of the reference and (b) stating that the denial is made under this rule and without prejudice to refiling." NECivR 7.6.