# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **RONALD D. BRADDOCK, Co-Personal Representative of the, and CHARLES W. PETERSON, Co-Personal Representative of the,** ) ) ) ) ) | |
| Plaintiffs, ) ) | 8:11CV402 |
| V. ) ) | |
| **JENSEN FARMS, a trade name, FRONTERA PRODUCE, LTD., PRIMUS GROUP, INC., and DILLON COMPANIES, INC.,** ) ) ) ) ) | ORDER |
| Defendants. ) ) | |

This matter is before the Court on Joseph S. Daly's motion to withdraw (filing 72) as counsel of record for Defendant Jensen Farms. Upon the representation that Jensen Farms will continue to be represented in this matter, the motion to withdraw will be granted.

**IT IS ORDERED:**

1. Joseph S. Daly's motion to withdraw (filing 72) is granted.

2. The Clerk of Court shall terminate the appearance of Joseph S. Daly as counsel of record for Defendant Jensen Farms and shall terminate future notices to Joseph S. Daly in this matter.

**DATED November 27, 2012.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**