IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DALE L. BRADDOCK, RONALD D. BRADDOCK, Co-Personal Representative of the; and CHARLES W. PETERSON, Co-Personal Representative of the;<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>JENSEN FARMS, a trade name;  THE KROGER CO.,  FRONTERA PRODUCE, LTD.,  PRIMUS GROUP, INC.,  DILLON COMPANIES, INC.,<br><br>　　　　　Defendants.<br>_____<br><br>IN THE MATTER OF:<br><br>JENSEN FARMS,<br><br>　　　　　Debtor(s). | CASE NO. 8:11CV402<br><br>MEMORANDUM AND ORDER<br><br>_____<br><br>CASE NO. BK12-20982 (D. Colo.)<br><br>A12-8042-TJM<br><br>CHAPTER 11 |

　　This matter is before the Court on the Report and Recommendation of U.S. Bankruptcy Court Chief Judge Timothy J. Mahoney (Filing No. 74) recommending that this Court withdraw the reference of this matter to the bankruptcy court.  No objections have been filed to the Report and Recommendation under Federal Rule of Bankruptcy Procedure 9033(b).

　　The Court finds that under 28 U.S.C. § 157(d) and Federal Rule of Bankruptcy Procedure 9033(d), and for good cause shown, that the Report and Recommendation should be adopted.  Accordingly,

IT IS ORDERED:

1. The Report and Recommendation of U.S. Bankruptcy Court Chief Judge Timothy J. Mahoney (Filing No. 74) is adopted;

2. The Order of Reference (Filing No. 71) to the U.S. Bankruptcy Court for the District of Nebraska is withdrawn; and

3. This case shall be progressed by U.S. Magistrate Judge F.A. Gossett.

Dated this 11th day of September, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge