IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **RONALD D. BRADDOCK, Co-Personal Representative of the, and CHARLES W. PETERSON, Co-Personal Representative of the,** | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:11CV402 |
| V. | ) ) | |
| **JENSEN FARMS, a trade name, FRONTERA PRODUCE, LTD., PRIMUS GROUP, INC., and DILLON COMPANIES, INC.,** | ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

Patrick Ortman has moved to withdraw as counsel for Plaintiffs Ronald D. Braddock and Charles W. Peterson (filing 136).  Upon the representation that Plaintiffs will remain represented in this matter, the motion will be granted.

Accordingly,

**IT IS ORDERED:**

1. The Motion to Withdraw as Counsel (filing 136) is granted.

2. The Clerk of Court shall terminate the appearance of Patrick Ortman as counsel for Plaintiffs and shall terminate future notices to him in this matter.

**DATED March 26, 2014.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**