## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RONALD D. BRADDOCK AND CHARLES W. PETERSON, Co-Personal Representatives of the Estate of Dale Braddock, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:11CV402 |
| V. | ) ) | |
| FRONTERA PRODUCE, LTD., PRIMUS GROUP, INC., and DILLON COMPANIES, INC., | ) ) ) ) | ORDER |
| Defendants. | ) ) ) | |
| RONALD D. BRADDOCK and CHARLES W. PETERSON, Co-Personal Representatives of the Estate of Dale Braddock, | ) ) ) ) ) | |
| | ) | 8:13CV258 |
| Plaintiffs, | ) ) | |
| V. | ) ) | |
| PRIMUS GROUP, INC., | ) ) | |
| Defendant. | ) ) ) | |
| ISLA DRINKWALTER, individually and as Personal Representative for the Estate of George Drinkwalter, | ) ) ) ) | |
| Plaintiff, | ) ) | 7:13CV5006 |
| V. | ) ) | |
| FRONTERA PRODUCE LTD, a foreign corporation, PRIMUS GROUP, INC., a foreign corporation, WALMART STORES, INC., a foreign corporation, and JOHN DOES 1-10, | ) ) ) ) ) ) | |
| Defendants. | ) | |

Timothy Hook has moved to withdraw as counsel for Frontera Produce, Ltd. in the above-captioned litigation. (Case No. 7:13CV5006, [filing 125](); Case No. 8:11CV402, [filing 162]().) Upon the representation that Frontera will remain represented in these actions, the motion to withdraw will be granted.

**IT IS ORDERED:**

1. Timothy Hook's motion to withdraw (Case No. 7:13CV5006, [filing 125](); Case No. 8:11CV402, [filing 162]()) is granted.

2. The Clerk of Court shall terminate Mr. Hook's appearance as counsel for Frontera Produce, Ltd. and shall cease further notices to Mr. Hook in this litigation.

**DATED August 20, 2014.**

                                      **BY THE COURT:**

                                      **S/ F.A. Gossett**
                                      **United States Magistrate Judge**